**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DIST**
**EASTERN DIV**

_David Servin_ )
_____ )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
_Chicago Police Department_ )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

15CV5706
JUDGE ALONSO
MAG. JUDGE COX

CIVIL ACTION

NO._____

**FILED**

JUN 2 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is _____ _resident_ _____ of the county of _____ _Cook_ _____ in the state of _____ _Illinois_ _____.

3. The defendant is _____ _Municipal Police Department_ _____, whose street address is _____ _3510 S. Michigan Avenue_ _____, (city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP) _60653_ (Defendant's telephone number) _(312)_ – _745-5103_ _____

4. The plaintiff sought employment or was employed by the defendant at (street address) _3510 S. Michigan Ave._ (city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP code) _60653_

5. The plaintiff [*check one box*]

   (a) ☒     was denied employment by the defendant.

   (b) ☐     was hired and is still employed by the defendant.

   (c) ☐     was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) _02_____, (day) _24___, (year) _2015_ .

7.1   ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

     (a) The defendant is not a federal governmental agency, and the plaintiff  [*check*

     *one box*] ☐ *has not*     filed a charge or charges against the defendant

              ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

   (i)    ☒ the United States Equal Employment Opportunity Commission, on or about

        (month) _02_____ (day) _24__ (year) _2015_ .

   (ii)   ☐ the Illinois Department of Human Rights, on or about

        (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☒ YES.  ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received.  The

plaintiff has no reason  to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

    defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____ .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month) *03* (day) *27* (year) *15* a copy of which

*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)☒ failed to hire the plaintiff.

(b)☐ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☐ failed to stop harassment;

(g)☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I completed Defendant's application for Police officer, and was placed on a hiring list, in or around August 2007. This position was never offered to me. In or around November 2014, I learned that several individuals under the age of 30 had been hired by Defendant,

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [**check only those that apply**]

(a) ☒  Direct the defendant to hire the plaintiff.

(b) ☐  Direct the defendant to re-employ the plaintiff.

(c) ☐  Direct the defendant to promote the plaintiff.

(d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐  Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_David Servin_ (signature)

(Plaintiff's name)

_David Servin_

(Plaintiff's street address)

_6051 S. Kilpatrick_

_Chicago, IL 60629_

(City) _Chicago_ (State) _IL_ (ZIP) _60629_

(Plaintiff's telephone number) ( _773_ ) – _230-5232_

Date: _6-26-15_

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | **440-2015-02985** |
| **Illinois Department Of Human Rights** | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. David Servin** | **(773) 230-5232** | **05-16-1971** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **6051 South Kilpatrick Street, 1st Floor, Chicago, IL 60629** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **CHICAGO POLICE DEPARTMENT** | **500 or More** | **(312) 745-5103** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **3510 S Michigan Ave, Chicago, IL 60653** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☒ AGE | ☐ DISABILITY | ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest            Latest
**02-24-2015**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I completed Respondent's application for Police Officer, and was placed on a hiring list, in or around August 2007. This position was never offered to me. In or around November 2014, I learned that several individuals under the age of 30 had been hired by Respondent.

I believe I have been discriminated against because of my age, 43 (d.o.b. 1971), and in retaliation, in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC

FEB 24

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Feb 24, 2015**<br>*Date* _____<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: David Servin<br>6051 South Kilpatrick Street<br>1st Floor<br>Chicago, IL 60629 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative<br>**Sergio Maldonado,**<br>**Investigator Support Assistant** | Telephone No. |
|---|---|---|
| 440-2015-02985 | | (312) 869-8129 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Julianne Bowman,**
**Acting District Director**

3/27/15
(Date Mailed)

Enclosures(s)

cc:

CHICAGO POLICE DEPARTMENT
c/o Eileen Geary, Esq.
Chief Assistant Corporation Counsel
City of Chicago Department of Law
30 North LaSalle Street, Room 1040
Chicago, IL 60602



**INDEPENDENT POLICE REVIEW AUTHORITY**
1615 W. Chicago Avenue
Chicago, IL 60622
(312) 746-3609
**Scott M. Ando,** Chief Administrator

March 11, 2015
Reference: Log No. 1074122

DAVID SERVIN
6051 S. KILPATRICK AVE Apt No. #1
CHICAGO, IL 60629

Dear David Servin,

The Independent Police Review Authority ("IPRA") received your information on 10-MAR-2015, and gave it Log Number 1074122. It has been forwarded to the Internal Affairs Division of the Chicago Police Department.

IPRA intakes and registers all complaints against Chicago Police Department members. By ordinance, IPRA investigates only specific categories of complaints. All other complaints are forwarded to the Internal Affairs Division.

For additional information on the status of your complaint, you may contact the Internal Affairs Division at (312) 745-6310.

Sincerely,

Scott M. Ando
Chief Administrator
Independent Police Review Authority